COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     The State of Texas v. John Wright

Appellate case number:   01-19-00363-CR

Trial court case number: CC18-152

Trial court:             County Court at Law of Waller County

On July 30, 2019, the State filed a motion requesting that we remand this case to the trial court to issue findings of fact and conclusions of law. The State asserts that (1) it filed a request for findings of fact and conclusions of law with the trial court on July 3, 2019 and (2) the trial court has failed to issue its findings of fact and conclusions of law.

Texas Rule of Civil Procedure 297 provides that findings of fact and conclusions of law are due within twenty days after the request is made. TEX. R. CIV. PRO. 297. If the trial court fails to timely issue its findings of fact and conclusions of law, Rule 297 requires that the requesting party file a notice of past due findings of fact and conclusions of law:

> If the court fails to file timely findings of fact and conclusions of law, the party making the request shall, within thirty days after filing the original request, file with the clerk and serve on all other parties in accordance with Rule 21a a "Notice of Past Due Findings of Fact and Conclusions of Law" which shall be immediately called to the attention of the court by the clerk. Such notice shall state the date the original request was filed and the date the findings and conclusions were due. Upon filing this notice, the time for the court to file findings of fact and conclusions of law is extended to forty days from the date the original request was filed.

TEX. R. CIV. P. 297.

Although the trial court's findings of fact and conclusions of law were due by July 23, 2019, neither the State's motion nor the record indicates that the State filed the required notice of past due findings of fact and conclusions of law with the trial court. Before seeking relief from this Court, the State must demonstrate that it has complied with Rule 297's requirement that it notify the trial court of its past due findings of fact and conclusions of law. Accordingly, the State's motion to remand is **denied**.

It is so ORDERED.

Judge's signature: _____/s/ Gordon Goodman_____
                         Acting individually


Date:  __November 26, 2019___